UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


ROGER WILL GRANGER,

    Plaintiff,

v.                                        CASE NO. 6:12-cv-849-Orl-37KRS

BREVARD COUNTY JAIL COMPLEX,

    Defendant.

## ORDER

Plaintiff, a prisoner incarcerated at the Brevard County Jail and proceeding *pro se*, initiated this action by filing a pleading that appears to seek relief under 42 U.S.C. section 1983 (Doc. No. 1).  However, Plaintiff did not pay the filing fee, submit an Affidavit of Indigency, or file a request to proceed *in forma pauperis* within thirty days of the commencement of the action as required under Rule 1.03(e) of the Local Rules of the United States District Court for the Middle District of Florida.[1]  Thus, pursuant to Local Rule 1.03(e), this action will be dismissed without prejudice.

---

[1] Local Rule 1.03(e) reads as follows:

(e) The Clerk shall accept for filing all prisoner cases filed with or without the required filing fee or application to proceed in forma pauperis.  However, a prisoner case will be subject to dismissal by the Court, sua sponte, if the filing fee is not paid or if the application is not filed within 30 days of the commencement of the action.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this 6th day of July, 2012.

ROY B. DALTON JR.
United States District Judge

Copies to:
OrlP-2 7/6
Roger Will Granger